AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | |
|---|---|
| MATTHEW SULLIVAN <br> *Plaintiff* <br> v. <br> C-DIVE, L.L.C., et al. <br> *Defendant, Third-party plaintiff* <br> v. <br> Certain Underwriters at Lloyd's, London subscribing to <br> Maritime Employers Liability Policy No. M11PL03310163, et al. <br> *Third-party defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action  No.  24-cv-02843 |

### SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Certain Underwriters at Lloyd's, London subscribing to Maritime Employers Liability Policy No. M11PL03310163

Mendes & Mount, LLP          and/or   Louisiana Secretary Of State** <br>
c/o Any Senior Partner*                 8585 Archives Ave. <br>
750 Seventh Avenue                      Baton Rouge, LA 70809 <br>
New York, New York, 10019-6829

*Per the Policy, Lloyd's designated and authorized "any senior partner in the firm of Mendes & Mount (Attorneys), 750 Seventh Avenue, New York, NY 10019-6829" as its agent for service of process.
**Per the Louisiana Department of Insurance, the Louisiana Secretary of State is registered agent for Underwriters at Lloyd's, London.

A lawsuit has been filed against defendant   C-DIVE, L.L.C.   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   MATTHEW SULLIVAN   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:   Robert S. Stassi

Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC <br>
1100 Poydras Street, Suite 3100 <br>
New Orleans, La  70163

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alton J. Hall, Jr.          and      Bobby J. Delise and Jeannette M. Delise <br>
528 W. 21st Avenue                   5190 Canal Blvd., Suite 103 <br>
Covington, La 70433                  New Orleans, La 70124

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: _____

                                          *CLERK OF COURT*

                                          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No.  24-cv-02843

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: